# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 1:18-cv-01964-ACA |
| VALERIE SKYE CHANDLER OWENS ) OWENS CONTRACTING, LLC, ) DONALD RAY OWENS, JR., and ) DONALD RAY OWENS, III, ) ) ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, by and through its undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby provides notice that it voluntarily dismisses the above lawsuit, with prejudice, with each party to bear its cost and attorneys' fees.

BUTLER WEIHMULLER KATZ CRAIG LLP

_____
MICHAEL A MONTGOMERY, ESQ.  (MONTM9362)
mmontgomery@butler.legal
Secondary:    tmarksman@butler.legal
P.O. Box 850368
Mobile, AL  36685-0368
Telephone:    (251) 338-3801
Facsimile:    (251) 338-3805
Mail Center:   400 N. Ashley Drive, Suite 2300
                Tampa, Florida  33602
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on September 17, 2019, and sent via United States Mail, postage prepaid, and addressed as follows:

> Donald Ray Owens, III
> 59 Stone Briar Dr,
> Sylacauga, AL 35150
>
> Donald Ray Owens, Jr.,
> 15949 Highway 84
> Evergreen, Alabama 36401
>
> Owens Contracting, LLC
> 59 Stone Briar Dr,
> Sylacauga, AL 35150
>
> Valerie Skye Chandler Owens
> 59 Stone Briar Dr,
> Sylacauga, AL 35150

_/s/ Michael A. Montgomery_
MICHAEL A MONTGOMERY, ESQ.